IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INDACON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5:10-cv-966-OLG |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ANSWER

Defendant Facebook, Inc. ("Facebook") answers the Third Amended Complaint of

Indacon, Inc. ("Indacon") as follows:

## THE PARTIES

1.      Facebook lacks sufficient information to form a belief as to the truth of the

allegations recited in paragraph 1, and on that basis denies all allegations of paragraph 1.

2.      Facebook admits the allegations in paragraph 2.

## JURISDICTION

3.      Facebook admits that this Court has subject matter jurisdiction over this action,

which purports to arise under the patent laws of the United States.  Facebook admits that it is

subject to personal jurisdiction within this district for purposes of this lawsuit.  Facebook denies

that it has committed acts of infringement within Texas and this judicial district.

## VENUE

4.      Facebook admits that venue in this Judicial District complies with the

requirements of 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b).  Facebook denies that venue is

convenient or otherwise appropriate in this venue.  Facebook denies that it has committed acts of infringement in this judicial district.

## COUNT I – ALLEGED INFRINGEMENT OF U.S. PATENT NO. 6,834,276

5.      Facebook admits that U.S. Patent No. 6,834,276 ("the '276 patent") is titled "Database System and Method for Data Acquisition and Perusal," that it appears on its face to have issued on December 21, 2004, and that Exhibit A to Indacon's Third Amended Complaint appears to be a copy of the '276 patent.  Facebook lacks sufficient information to form a belief as to the truth of the remaining allegations recited in paragraph 5, and on that basis denies the remaining allegations of paragraph 5.

6.      Facebook denies all allegations of paragraph 6.

7.      Facebook admits that Indacon's original complaint was served and included a copy of the '276 patent.  As to Indacon's allegation that Indacon might in the future seek to amend its Complaint, Facebook lacks sufficient information to form a belief as to the truth of any future allegation not yet made and on that basis denies it.  Facebook has not consented to any further amendments to the Complaint.  Facebook denies all other allegations of paragraph 7.

8.      Facebook denies all allegations of paragraph 8.

9.      Facebook denies all allegations of paragraph 9.

## COUNT II – ALLEGED INFRINGEMENT OF U.S. PATENT NO. 7,836,043

10.     Facebook admits that U.S. Patent No. 7,836,043 ("the '043 patent") is titled "Database System and Method for Data Acquisition and Perusal," that it appears on its face to have issued on November 16, 2010, and that Exhibit B to Indacon's Third Amended Complaint appears to be a copy of the '043 patent.  Facebook lacks sufficient information to form a belief as to the truth of the remaining allegations recited in paragraph 10, and on that basis denies the remaining allegations of paragraph 10.

11.     Facebook denies all allegations of paragraph 11.

12.     Facebook admits that Indacon's original complaint was served and included a copy of the '043 patent.  As to Indacon's allegation that Indacon might in the future seek to amend its Complaint, Facebook lacks sufficient information to form a belief as to the truth of any future allegation not yet made and on that basis denies it.  Facebook has not consented to any further amendments to the Complaint.  Facebook denies all other allegations of paragraph 12.

13.     Facebook denies all allegations of paragraph 13.

14.     Facebook denies all allegations of paragraph 14.

## AFFIRMATIVE DEFENSES

As further answer and as affirmative defenses, Facebook alleges the following:

### FIRST AFFIRMATIVE DEFENSE – NON-INFRINGEMENT

1.     Facebook does not infringe and has not infringed, directly or indirectly, any valid claim of the '276 patent or the '043 patent.

### SECOND AFFIRMATIVE DEFENSE – INVALIDITY

2.     Facebook is informed and believes, and based thereon alleges, that one or more of the claims of the '276 patent and the '043 patent are invalid for failure to satisfy the conditions of patentability set forth in 35 U.S.C. § 101 *et seq.*

### THIRD AFFIRMATIVE DEFENSE – PROSECUTION HISTORY ESTOPPEL

3.     Facebook is informed and believes, and based thereon alleges, that Indacon is barred or limited from recovery in whole or in part by the doctrine of prosecution history estoppel.

### FOURTH AFFIRMATIVE DEFENSE – LIMITATION ON DAMAGES

4.     Facebook is informed and believes, and based thereon alleges, that Indacon is barred or limited from recovery under 35 U.S.C. § 287.

**FIFTH AFFIRMATIVE DEFENSE – LACHES, ESTOPPEL, WAIVER, ACQUIESCENCE**

5.      Facebook is informed and believes, and based thereon alleges, that Indacon's claims are barred in whole or in part by the doctrines of laches, estoppel, waiver, and/or acquiescence.

**OTHER AFFIRMATIVE DEFENSES**

6.      Facebook reserves the right to assert additional affirmative defenses during or upon the completion of discovery.

March 1, 2011                                              Respectfully submitted,


By:  /s/ Ricardo G. Cedillo

        Ricardo G. Cedillo
        State Bar No. 04043600
        Troy A. Glander
        State Bar No. 00796634
        Mark W. Kiehne
        State Bar No. 24032627
        **DAVIS, CEDILLO & MENDOZA, INC.**
        McCombs Plaza, Suite 500
        755 E. Mulberry Avenue
        San Antonio, Texas 78212
        Phone: (210) 822-6666
        rcedillo@lawdcm.com
        tglander@lawdcm.com
        mkiehne@lawdcm.com

OF COUNSEL:

Heidi L. Keefe
CA Bar No. 178960
Mark R. Weinstein
CA Bar No. 193043
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Phone: (650) 843-5000
hkeefe@cooley.com
mweinstein@cooley.com

and

Lowell D. Mead
CA Bar No. 223989
Joshua M. Feasel
CA Bar No. 257991
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
lmead@cooley.com
jfeasel@cooley.com

(Pro Hac Vice applications will be filed)

## CERTIFICATE OF SERVICE

I certify that on the 1st day of March, 2011, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification to all counsel or record.


/s/ Troy A. Glander
Troy A. Glander