THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INDACON, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 5:10-CV-966-OLG |
| | § | |
| FACEBOOK, INC. | § | |
| | § | |
| DEFENDANT. | § | |

**JOINT MOTION TO EXTEND DEADLINE FOR SUBMISSION OF
ALTERNATIVE DISPUTE RESOLUTION REPORT**

Plaintiff and Defendant in the above-entitled and numbered civil action jointly move this Court to extend the deadline to May 10, 2011, for the parties to submit a report on alternative dispute resolution, in order to allow the parties additional time to conclude the selection of a mediator appropriate for the mediation of this matter and acceptable to both parties. In support thereof, Plaintiff and Defendant would show the Court as follows:

The Scheduling Order entered on March 4, 2011, requires that the parties file their report on alternative dispute resolution in compliance with Local Rule CV-88 no later than May 3, 2011.[1] The parties drafted a joint report on alternative dispute resolution with the intention of filing it by the May 3 deadline, but are still in the process of identifying an agreed upon mediator from the list of approved mediators for the Western District of Texas. The parties expect that

---

[1] Docket No. 16.

1

683845.0015 WEST 200480530 v1

they will reach agreement on a mediator appropriate for this litigation no later than May 10, 2011, and, therefore, ask that the Court extend the deadline for filing of the report on alternative dispute resolution to that date.

This motion is not made for the purpose of delay, but rather so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully move the Court to extend the deadline for submission of the parties' joint report on alternative dispute resolution to and through May 10, 2011.

Respectfully submitted,

/s/ R. Laurence Macon
_____
**R. LAURENCE MACON**
State Bar No. 12787500
lmacon@akingump.com
**KIRT S. O'NEILL**
State Bar No. 00788147
koneill@akingump.com
**JANIE A. SHANNON**
State Bar No. 00797416
jshannon@akingump.com
**DANIEL MOFFETT**
State Bar No. 24051068
dmoffett@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1600 Bank of America Plaza
300 Convent Street
San Antonio, Texas  78205
(210) 281-7000 telephone
(210) 224-2035 facsimile

**ATTORNEYS FOR PLAINTIFF,
INDACON, INC.**

/s/ Lowell D. Mead
_____
**RICARDO G. CEDILLO**
State Bar No. 04043600
rcedillo@lawdcm.com
**TROY A. GLANDER**
State Bar No. 00796634
tglander@lawdcm.com
**MARK W. KIEHNE**
State Bar No. 24032627
mkiehne@lawdcm.com
**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas  78212
(210) 822-6666 telephone

**HEIDI L. KEEFE**
CA Bar No. 178960
hkeefe@cooley.com
**MARK R. WEINSTEIN**
CA Bar No. 193043
mweinstein@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA  94304-1130
(650) 843-5000 telephone

**LOWELL D. MEAD**
CA Bar  No. 223989
lmead@cooley.com
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, CA  94111-5800
(415) 693-2000 telephone

**ATTORNEYS FOR DEFENDANT
FACEBOOK, INC.**

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on May 4, 2011, a true and correct copy of this instrument was filed electronically, and notice of the filing was served on all counsel of record by operation of the Court's electronic filing system, and the parties may access this filing by and through the Court's electronic filing system.

      /s/ R. Laurence Macon
      **R. LAURENCE MACON**

683845.0015 WEST 200480530 v1