FILED
OCT 0 8 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| INDACON, INC., <br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br> Defendant. | Cause No. SA-10-CA-966-OLG |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF THE SCHEDULING ORDER

On this date the Court considered Plaintiff Indacon Inc.'s Unopposed Motion for an Extension of the Scheduling Order. Having considered the motion, the parties' agreement, and the other pleadings and papers on file in this case, the Court is of the opinion the motion should be GRANTED IN PART.

Because the parties are currently discussing a new proposed Scheduling Order, the Court finds the current Amended Scheduling Order (docket no. 112) should be VACATED. The Court hereby ORDERS the parties must submit a new proposed Scheduling Order to this Court within forty-five (45) days of the entry of this Order. Any other relief requested in Plaintiff's Motion is hereby DENIED.

It is so ORDERED.

SIGNED this 8 day of October, 2013.

_____
United States District Judge Orlando L. Garcia