# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

2013 NOV 27  AM 9:49

|  |  |  |
|---|---|---|
| INDACON, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. SA-10-CA-00966-OLG |
| | § | |
| FACEBOOK, INC., | § | |
| Defendant. | § | |
| | § | |

### AMENDED SCHEDULING ORDER

On this day the Court considered the parties' Joint Motion to Enter Scheduling Order (docket no. 115). The Court is of the opinion that said motion shall be GRANTED IN PART. Accordingly, pursuant to Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court issues the following Amended Scheduling Order:

| | |
|---|---|
| **December 6, 2013** | By this date, Facebook shall supplement its source code production to bring that portion of discovery up to date. |
| **December 11, 2013** | By this date, both parties shall commence rolling production to supplement document productions and supplement any other written discovery, including interrogatory answers. |
| **January 6, 2014** | Facebook shall provide a good faith supplementation or amendment of its invalidity contentions by this date, subject to reasonable supplementation. |
| **February 3, 2014** | Deadline for good faith and substantial completion of document productions, subject to reasonable supplementation. |
| **March 17, 2014** | The parties shall complete all fact discovery on or before this date. Counsel may by agreement continue fact discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery. |

| March 31, 2014 | Parties asserting claims for relief shall file their designations of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by this date. |
| --- | --- |
| April 11, 2014 | Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by this date. |
| April 25, 2014 | All designations of rebuttal experts shall be filed and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be served by this date. |
| May 12, 2014 | The parties shall complete all expert discovery on or before this date. Counsel may by agreement continue expert discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery. |
| Within 14 days of report or deposition | An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within (14) days of receipt of the written report of the expert's proposed testimony, or within (14) days of the expert's deposition, if a deposition is taken, whichever is later. |
| May  30, 2014 | All dispositive motions shall be filed no later than this date. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.  The parties each reserve the right to move the Court, if necessary, for enlargement of the page number limitations. |
| June 13, 2014 | Responses to dispositive motions due by this date. |
| June 27, 2014 | Replies to dispositive motions due by this date. |
| July 3, 2014 | The parties shall mediate this case on or before this date, unless the parties seek an order from the Court excusing them from mediation. |
| July 24, 2014 | Joint pretrial order due by this date. Pre-trial conference to be held on this date at 10:00 a.m. |
| July 28, 2014 | Jury selection and trial set for this date at 9:30 a.m. |

Given that this case is almost 3 years-old, the Court notes it will not grant any more time extensions related to these scheduling deadlines unless there is a showing of unexpected and extraordinary circumstances.

It is so ORDERED.

SIGNED this _26_ day of _November_, 2013.

_____
United States District Judge Orlando L. Garcia

2