IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INDACON, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 5:10-CV-966-OLG |
| | § | |
| FACEBOOK, INC. | § | **JURY DEMAND** |
| | § | |
| DEFENDANT. | § | |

## **INDACON, INC.'S DESIGNATION OF REBUTTAL EXPERT WITNESSES**

Plaintiff Indacon, Inc. ("Indacon") designates its rebuttal expert witnesses in accordance with the Court's scheduling orders, and Rule 26(a)(2) of the Federal Rules of Civil Procedure.

### **RETAINED REBUTTAL EXPERTS**

Larry Kerschberg, Ph.D.
**KRM, INC.**
10600 Vennard Place
Fairfax, Virginia  22032
(703) 425-8035

The materials required by Federal Rule of Civil Procedure 26(a)(2)(B) as they relate to Dr. Kerschberg are being served on Defendant, Facebook, Inc., but not filed with the Court in accordance with the Court's directives.

Plaintiff reserves the right to supplement this Designation of Rebuttal Expert Witnesses in order to designate additional expert witnesses or provide additional disclosures of information as may be required by the Court's Scheduling Order or the Federal Rules of Civil Procedure.

1

205138220

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ R. Laurence Macon*
_____
R. LAURENCE MACON
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
JANIE A. SHANNON
State Bar No. 00797416
jshannon@akingump.com
DANIEL MOFFETT
State Bar No. 24051068
dmoffett@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

**ATTORNEYS FOR PLAINTIFF INDACON, INC.**

2

205138220

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(1).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).  Pursuant to Federal Rule of Civil Procedure 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on the 25th day of April, 2014.  All other materials required by Federal Rule of Civil Procedure 26(a)(2)(B) have been served by other means on all counsel of record on the 25th day of April, 2014.

*R. Laurence Macon*

_____
R. LAURENCE MACON

205138220