# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INDACON, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | SA:10-CV-00966-OLG |
| | § | |
| FACEBOOK, INC. | § | |

## ORDER RESETTING JURY SELECTION/TRIAL
## AND PRETRIAL CONFERENCE

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION/TRIAL** in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Monday, November 10, 2014 at 09:30 AM**.

     IT IS FURTHER ORDERED that the **PRETRIAL CONFERENCE** is reset to **Thursday, November 6, 2014 at 10:00 A.M.**

     IT IS SO ORDERED this 1st day of May, 2014.

_____

ORLANDO L GARCIA
UNITED STATES DISTRICT JUDGE