IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INDACON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5:10-cv-966-OLG |
| v. | ) | |
| | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# [PROPOSED] ORDER RE CLARIFICATION OF THIS COURT'S MAY 12, 2014 ORDER

Before the Court is Defendant Facebook, Inc.'s Motion for Clarification of this Court's May 12, 2014 Order. (ECF No. 142.)

IT IS HEREBY ORDERED as follows:

The Court clarifies the May 12, 2014 Order such that the scope of the possible supplement to current expert reports is limited to correcting errors or inclusion of omitted factual information not provided with the original reports, but does not permit new substantive theories or arguments.

Signed this _____ day of _____, 2011.

_____
Hon. Orlando L. Garcia
United States District Court Judge