UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 27 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
               DEPUTY CLERK

| | |
|---|---|
| INDACON, INC., <br>     Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br>     Defendant. | § § § § § § § §     Cause No. SA-10-CA-966-OLG |

### ORDER

On this date the Court considered Defendant's Motion for Clarification (docket no. 144). The Court hereby clarifies the May 12, 2014 Order allows the parties to serve supplements to the existing expert reports no later than June 27, 2014. The scope of these possible supplements is limited to correcting errors or including omitted factual information not provided in the original reports, but it does not permit the inclusion of new substantive theories or arguments.

It is so ORDERED.

SIGNED this __27__ day of __May_____, 2014.

_____
United States District Judge Orlando L. Garcia