UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INDACON, INC., <br> Plaintiff, | § § § | |
| v. | § § | Cause No. SA-10-CA-966-OLG |
| FACEBOOK, INC., <br> Defendant. | § § § | |

## ORDER

On this date the Court considered Plaintiff's Unopposed Motion for Leave to File Under Seal (docket no. 149) its Response in Opposition to Defendant's Motion to Strike Plaintiff's Supplemental Expert Reports. The Court hereby GRANTS Plaintiff's Motion to File Under Seal. The Clerk of the Court shall FILE UNDER SEAL Plaintiff's Response in Opposition and all of its attachments, exhibits to docket no. 149, as an independent pleading.

It is so ORDERED.

SIGNED this 14 day of July, 2014.

United States District Judge Orlando L. Garcia