UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INDACON, INC., Plaintiff, | § § § | |
| v. | § § | Cause No. SA-10-CA-966-OLG |
| FACEBOOK, INC., Defendant. | § § § | |

## ORDER

On this date the Court considered Defendant's Unopposed Motions for Leave to File Under Seal its Motion to Exclude the Testimony of Dr. Larry Chiagouris (docket no. 150) and Russell L. Parr (docket no. 151). The Court hereby GRANTS Defendant's Motions to File Under Seal. The Clerk of the Court shall FILE UNDER SEAL Defendant's Motion to Exclude the Testimony of Dr. Larry Chiagouris, and Defendant's Motion to Exclude the Testimony of Russell L. Parr, and all attached exhibits, as independent pleadings.

It is so ORDERED.

SIGNED this 14 day of July, 2014.

United States District Judge Orlando L. Garcia