IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INDACON, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No.  5:10-cv-966-OLG |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF APPEAL**

Indacon, Inc., plaintiff in the above-captioned district court case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the District Court's Order entering Final Judgment, entered on September 8, 2014 (Dkt. No. 207); the District Court's Order of Dismissal of the '043 Claims and Final Judgment of Non-Infringement on the '276 Claims, entered on September 8, 2014 (Dkt. No. 206); and the District Court's Order Adopting in Part Memorandum and Recommendation, entered on September 6, 2013 (Dkt. No. 111).  The Orders are attached in Exhibit A.

Dated this 8th day of October 2014.

                                                  AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ R. Laurence Macon*

**R. LAURENCE MACON**
State Bar No. 12787500
lmacon@akingump.com
**KIRT S. O'NEILL**
State Bar No. 00788147
koneill@akingump.com
**JANIE A. SHANNON**
State Bar No. 00797416
jshannon@akingump.com
**DANIEL MOFFETT**
State Bar No. 24051068
dmoffett@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035
**ATTORNEYS FOR PLAINTIFF, INDACON, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(1). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Federal Rule of Civil Procedure 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on the 8th day of October, 2014.

*/s/ R. Laurence Macon*

**R. LAURENCE MACON**

2